**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>JENNIFER SHUNNARAH STAHLER<br>MURRAY BRANSON STAHLER<br>6083 PANTHERWOOD DR<br>MYRTLE BEACH, SC  29579-3403<br><br>DEBTORS<br><br>SS#1: XXX-XX-1038   SS#2: XXX-XX-7143 | CHAPTER 13<br><br>CASE NO.:  14-06245-jw |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of Pamela Simmons-Beasley, Trustee for the above referenced case is Check No. 1082380 in the amount of $62.02 representing monies designated as dividends to creditors as follows:

CREDITOR NAME:          Carlos Scheer
                                        4717 Bluewater Lane
                                        Myrtle Beach, SC  29579
REASON FOR RETURN:   Failure to Clear
AMOUNT:                        $62.02

Date: February 27, 2020

/s/  Pamela Simmons-Beasley, Chapter 13 Trustee
250 Berryhill Road, Suite 402
Columbia, SC  29210
Phone: (803) 779-5180
Fax:     (803) 765-0167
E-mail: pleadings@ch13trustee.net